IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Elizabeth Valenti, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil Action No. 08-912 (PGS) <br><br><br> ORDER |

This matter having come before the Court upon the appeal of plaintiff Elizabeth Valenti from the Commissioner of Social Security Administration's final decision denying her application for Disability Insurance Benefits; and the Court having considered all submissions of the parties; and in light of the reasons stated in the Opinion of the Court issued on this same day;

It is on this 31st day of March, 2009,

ORDERED that the final decision of the Commissioner of Social Security is affirmed.

_____
PETER G. SHERIDAN, U.S.D.J.